IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00235-MOC-WCM

| | |
|---|---|
| ALBERT S. )<br>*as parent of and as lawful guardian* )<br>*ad litem of Minor Child S. S.* )<br> )<br>Plaintiffs, )<br>v. )<br> )<br>BLUE CROSS AND BLUE SHIELD )<br>OF NORTH CAROLINA, )<br>NORTH CAROLINA BAR )<br>ASSOCIATION HEALTH )<br>BENEFIT TRUST, )<br>LAWYERS INSURANCE )<br>AGENCY, INC. )<br> )<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the Court *sua sponte* for case management purposes.

By Order filed on January 3, 2023, the Court directed Plaintiff to file, on or before January 10, 2023 either a notice setting forth his full name or a Motion for Leave to Proceed Anonymously. Doc. 23.

On January 10, 2023, Plaintiff filed an unopposed Motion for Leave to Proceed Anonymously along with a supporting memorandum. Docs. 24, 25.

As referenced in the January 3 Order, additional information regarding Plaintiff's identity will assist the Court in determining whether any conflicts

1

exist with respect to the handling of this matter. In his memorandum supporting the Motion to Proceed Anonymously, Plaintiff states that conflict screening could be done on an *in camera* basis, such as through email communications between the Court's chambers and counsel for the parties.

Plaintiff's suggestion is noted. However, in this instance such information should appear in the record.

Accordingly, Plaintiff's counsel is **DIRECTED TO FILE**, on or before **January 25, 2023**, a notice setting forth Plaintiff's full name. Given that the Motion to Proceed Anonymously is pending, and because the undersigned concludes that appropriate conflict screening should be performed before that Motion is addressed substantively, the Court will direct that the notice be filed **UNDER SEAL**, and that it remain under seal until further Order of the Court.

It is so ordered.

Signed: January 19, 2023

W. Carleton Metcalf
United States Magistrate Judge