IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00235-MOC-WCM

| | | |
|---|---|---|
| ALBERT S., and S.S., *a minor, by and through her parent, Albert S.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA; NORTH CAROLINA BAR ASSOCIATION HEALTH BENEFIT TRUST; and LAWYERS INSURANCE AGENCY, INC. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to Proceed Anonymously (Doc. 24).

On January 10, 2023, Plaintiffs filed the Motion along with a supporting memorandum. Doc. 25. The memorandum indicates that Defendants do not oppose either Albert S. or S.S. appearing anonymously in this action, and the Court notes that Defendants have not filed any response to the Motion and that the time for doing so has expired.[1]

Having reviewed the Motion and the memorandum, and applicable

---

[1] Defendants have filed a Motion to Dismiss (Doc. 27) which is pending before the presiding District Judge.

1

authorities, the undersigned is persuaded that Plaintiffs have at this time made a sufficient showing to warrant their continued anonymous appearance.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiffs' Unopposed Motion for Leave to Proceed Anonymously (Doc. 24) is **GRANTED** and, unless otherwise ordered by the Court, the parties are **DIRECTED** to refer to the minor Plaintiff as "S.S." and her father as "Albert S." and to redact their names and all personally identifying information in documents that are publicly filed in this case.

2. The leave being granted to Plaintiffs to appear anonymously may be reconsidered, if necessary, as the litigation proceeds.

Signed: January 27, 2023

W. Carleton Metcalf
United States Magistrate Judge